**LEWIS JOHS**
Lewis Johs Avallone Aviles, LLP
Counsellors at Law

**VIA ECF**

May 31, 2023

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *Allstate Insurance Company v. Eric Weiner, Arthur Weiner and Diane Fenner*
              *Civil Action No.: 19-cv-00499-NGG-CLP*

Dear Judge Garaufis:

    We are counsel for Allstate Insurance Company ("Allstate") in the above-referenced cause of action.

    Please be advised that the parties have reached a global settlement of this matter and the two underlying personal injury actions. We are in the process of having all the settlement documents signed. We note that opposition to Allstate's motion for reconsideration is currently due on or before June 2, 2023. It is respectfully requested that the Court grant an adjournment of the pending dates with respect to Allstate's motion for reconsideration to allow the parties time to finalize the settlement.

Thank you.

Respectfully submitted,

*Karen M Berberich*

Karen M. Berberich
kmberberich@lewisjohs.com
*Islandia Office*
KMB/ja


cc: **VIA ECF**
Mead, Hecht, Conklin & Gallagher
Attn.: Kevin Conklin, Esq.
925 Westchester Avenue
White Plains, NY 10604
kconklin@mhcglaw.com



*Honorable Nicholas G. Garaufis*
*Re: Allstate Insurance Company v. Eric Weiner, et al.*
*Page 2*


cc:
Gacovino, Lake & Associates
270 West Main Street
Sayville, New York 11782
Attn.: Steven D. Gacovino, Esq.
s.gacovino@gacovinolake.com